UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CORLISS TRUEHILL**  **CIVIL ACTION**

**VERSUS**  **NO. 23-4082**

**AMERICAN SECURITY**  **SECTION: "B"(5)**
**INSURANCE COMPANY**

## ORDER

Considering plaintiff Corliss Truehill's motion to dismiss (Rec. Doc. 11),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, dismissing with prejudice all plaintiff Corliss Truehill's claims against defendant American Security Insurance Company in the above-captioned case, with each party to bear its own attorney's fees and costs.

New Orleans, Louisiana, this 1st day of December, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE